Eastern District of Kentucky
**FILED**

APR 25 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

UNITED STATES OF AMERICA

V.

INDICTMENT NO. 7:24-CR-005-KKC
18 U.S.C. § 115(a)(1)(B)

**GABRIEL HOWELL**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about April 8, 2024, in Pike County, in the Eastern District of Kentucky,

**GABRIEL HOWELL**

did threaten to assault FBI Special Agent Randolph Copley, with intent to intimidate Copley while he was engaged in the performance of his official duties and to retaliate against Copley on account of the performance of his official duties, all in violation of 18 U.S.C. § 115(a)(1)(B).

A TRUE BILL

[signature redacted]
**FOREPERSON**

[signature: Mn S L]
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not more than 6 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.