UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No. 7:24-cr-05-KKC-EBA-1    At   Lexington    Date:  May 22, 2025

USA vs. Gabriel Howell    x   present    x   custody    bond    OR   Age

DOCKET ENTRY: The parties appeared for sentencing hearing as noted.  The United States Probation Officer Clay Weaver also was present.  The Court adopts the factual findings and advisory guideline calculations set out in the Presentence Report ("PSR").  The PSR shall be filed in the record under seal.  The plea has been submitted as a binding agreement.  The Court finds the terms of the plea agreement to be satisfactory and hereby accepts it.

PRESENT:  HON. KAREN K. CALDWELL, U. S. DISTRICT JUDGE

| Dulce Combs | Elaine Haberer | None | W. Pearce Nesbitt |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant   Michael B. Fox    x  Present   _ retained   x : appointed

PROCEEDINGS: **SENTENCING (non-evidentiary)**

_____    Objections to Presentence Report.

___x___    No objections to Presentence Report.

___x___    Court's Advice of Right to Appeal provided to defendant.

___x___    Transcript shall be deemed as written findings of Court.

___x___    Judgment shall be entered (See Judgment & Commitment.)

_____    Defendant shall remain on release and shall SELF-REPORT no later than_____, to the facility designated by Bureau of Prisons.

___x___    Defendant remanded to custody of the USM.

Copies:  COR, USP, USM

Initials of Deputy Clerk: dc
TIC:  / 13 min